Ford Motor Credit Company v. Sebastopol Ford, Inc. Doc. 19

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FORD MOTOR CREDIT COMPANY,

    Plaintiff,

v.

SEBASTOPOL FORD INC.,

    Defendant.

No. C 07-01783 JSW

**ORDER REFERRING EX PARTE APPLICATION FOR WRIT OF POSSESSION TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, Plaintiff's ex parte application for writ of possession in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. Plaintiff shall serve a copy of this Order on Defendant with proof of such service to the Court by no later than April 9, 2007.

**IT IS SO ORDERED.**

Dated: April 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom