IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FORD MOTOR CREDIT COMPANY,

    Plaintiff,

    v.

SEBASTOPOL FORD INC.,

    Defendant.
_____/

No. C 07-01783 JSW

**ORDER REFERRING EX PARTE APPLICATION FOR WRIT OF POSSESSION TO MAGISTRATE JUDGE**

Pursuant to Local Rule 72-1, Plaintiff's ex parte application for writ of possession in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. Plaintiff shall serve a copy of this Order on Defendant with proof of such service to the Court by no later than April 9, 2007.

**IT IS SO ORDERED.**

Dated: April 3, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom