UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | No. C-07-1783 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE FOR AND HEARING ON PLAINTIFF'S EX PARTE APPLICATION FOR WRIT OF POSSESSION AND FOR INJUNCTIVE RELIEF** |
| SEBASTOPOL FORD, INC., | |
| Defendant. | |
| _____/ | |

Plaintiff Ford Motor Credit Co. has filed an ex parte application for writ of possession and for injunctive relief, which Judge White has referred to the undersigned for a report and recommendation.

The Court shall hold a hearing on Plaintiff's application on **April 27, 2007**, at 2:30 p.m. Any opposition to the application shall be filed and served by April 20, 2007. Any reply shall be filed and served by April 25, 2007.

Upon receipt of this order, Plaintiff shall immediately serve a copy of this order on Defendant. Absent good cause, service by personal delivery is required.

IT IS SO ORDERED.

Dated: April 12, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge