United States District Court
For the Northern District of California

1
2
3
4
5                          UNITED STATES DISTRICT COURT
6                          NORTHERN DISTRICT OF CALIFORNIA
7
8    FORD MOTOR CREDIT COMPANY,              No. C-07-1783 JSW (EMC)
9              Plaintiff,
10        v.                                 **ORDER SETTING BRIEFING
                                             SCHEDULE FOR AND HEARING ON
11   SEBASTOPOL FORD, INC.,                  PLAINTIFF'S EX PARTE
                                             APPLICATION FOR WRIT OF
12             Defendant.                    POSSESSION AND FOR INJUNCTIVE
                                             RELIEF**
13
14   _____/
15
16        Plaintiff Ford Motor Credit Co. has filed an ex parte application for writ of possession and
17   for injunctive relief, which Judge White has referred to the undersigned for a report and
18   recommendation.
19        The Court shall hold a hearing on Plaintiff's application on **April 27, 2007**, at 2:30 p.m.  Any
20   opposition to the application shall be filed and served by April 20, 2007.  Any reply shall be filed
21   and served by April 25, 2007.
22        Upon receipt of this order, Plaintiff shall immediately serve a copy of this order on
23   Defendant.  Absent good cause, service by personal delivery is required.
24        IT IS SO ORDERED.
25
26   Dated:  April 12, 2007
27                                           _____
                                             EDWARD M. CHEN
28                                           United States Magistrate Judge