UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, | No. C-07-1783 JSW (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING FORD MOTOR CREDIT COMPANY'S EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| SEBASTOPOL FORD, INC., | |
| Defendant. | Submitted Ex Parte |
| _____/ | |

The Ex Parte Application of Ford Motor Credit Company, a Delaware corporation ("Ford Credit") for the issuance of a temporary restraining order came on by an ex parte application before the Honorable Jeffrey S. White, United States District Court for the Northern District of California.

The Court, having reviewed the application of Ford Credit for a temporary restraining order, the supporting declarations and memorandum of points and authorities and the complaint on file in this action, and any opposition filed to the application, finds that Ford Credit has established that it is entitled to the issuance of a temporary restraining order and has established the probable validity that there is an immediate danger that the vehicles identified on the attached Exhibit "A," the other personal property described in the attached Exhibit "B" and the proceeds from the sale of any such vehicle or other personal property (collectively the "Collateral"), may become unavailable to levy and may become substantially impaired in value, and

GOOD CAUSE APPEARING, THEREFOR,

IT IS HEREBY ORDERED that:

1. Defendant, Sebastopol Ford, Inc., a California corporation, ("Sebastopol Ford") received timely and proper notice of this ex parte hearing on plaintiff Ford Credit's Application for Writ of Possession and Injunctive Relief under the Court's Local Rules.

2. Ford Credit has established the probable validity of its security interest in the vehicles identified on the attached Exhibit "A" and to all of Sebastopol Ford's parts, accessories, furniture, fixtures, machinery, supplies and other equipment, contract rights, chattel paper and general intangibles, and that defendant Sebastopol Ford is in default on its loan obligations owing to Ford Credit as set forth in the moving papers. The Vehicles and other personal property are collectively referred to as the "Collateral" below.

3. Ford Credit has established that the Collateral is located at 6791 Sebastopol Avenue, Sebastopol, California 95472 (the "Dealership").

4. Sebastopol Ford may sell or lease the Collateral in the ordinary course of business only as provided in this Order:

   a. At the time of any retail sale or lease of any Vehicle, Sebastopol Ford shall immediately notify Ford Credit of such sale or lease via email to the following email address: jpolley@ford.com and by promptly delivering or faxing to Ford Credit a true copy of the written contract of such retail sale or lease.

   b. Sebastopol Ford shall turn over possession to Ford Credit and Ford Credit shall maintain physical custody of titles for all vehicles in which Ford Credit has a lien or security interest, whether or not financed by Ford Credit. In doing so, Ford Credit shall not interfere with transfers in the ordinary course of business.

   c. Within the earlier of five business days from retail sale or lease of a Vehicle identified on the attached Exhibit "A," or one business day from Sebastopol Ford's receipt of any of the sale proceeds for any retail sale or lease of a Vehicle, including any Vehicle identified on Exhibit "A" that has been sold or leased on or before the date of this Order for which defendant Sebastopol

2

1         Ford received proceeds before or after the date of this Order, Sebastopol Ford shall immediately and forthwith remit to Ford Credit by electronic funds transfer all amounts received by Sebastopol Ford up to the amount advanced by Ford Credit to Sebastopol Ford to acquire the vehicle (the "Advanced Price"). Any proceeds in excess of the Advanced Price on a particular vehicle may be retained by Sebastopol Ford to use towards its operating expenses. Ford Credit's security interest continues to attach to the proceeds in excess of the Advanced Price to the extent they are not used to cover operating expenses;

    d.    Within the earlier of five business days from sale or lease of a vehicle not identified on the attached Exhibit "A" (the "Non-Floored Vehicles"), or one business day from Sebastopol Ford's receipt of any of the "cash" proceeds of such sale or lease of a Non-Floored Vehicle, Sebastopol Ford shall immediately and forthwith remit to Ford Credit by electronic funds transfer or other immediately available funds received by Sebastopol Ford in the amount of 75% of Sebastopol Ford net sale price of the Non-Floored Vehicle after payment of taxes, registration, and licensing.

    e.    Should Sebastopol Ford receive any vehicle as a "trade-in" for the payment of a Vehicle or a Non-Floored Vehicle, Sebastopol Ford shall notify Ford Credit within one business day of receiving the trade-in by email to the following email address: jpolley@ford.com. Furthermore, Sebastopol Ford shall promptly pay or satisfy any liens or amounts owing against the trade-in Vehicle. Sebastopol Ford may subsequently sell the trade-in as a Non-Floored Vehicle in accordance with subparagraphs a, b, c and d above;

    f.    Trades or transfers of Vehicles by Sebastopol Ford with other dealers ("Dealer Trades") are prohibited without the written consent of Ford Credit which shall not be unreasonably delayed or denied. Requests for Dealer

1    Trades shall be made via email to the following email address:
2    jpolley@ford.com;
3    g.   Sebastopol Ford shall limit the use of Demonstrators to customer test drives.
4    h.   Sebastopol Ford may sell parts, accessories, or related supplies ("Parts") in
5         the ordinary course of its service department's business only as follows:
6         Sebastopol Ford shall use the proceeds from the cost of the Parts sold to either
7         (1) buy replacement Parts, or (2) pay Sebastopol Ford's invoice cost on
8         account of part's sales, in the form of cashier's checks or other immediately
9         available funds to Ford Credit. While Sebastopol Ford continues to use parts,
10        it must replenish the parts inventory to adequately protect and maintain Ford
11        Credit's collateral position. Sebastopol Ford shall submit to Ford
12        Credit a written accounting upon its request of the following:
13             (a)   Parts sold the previous week;
14             (b)   Parts ordered as replacements the previous week; and,
15             (c)   Payment for any parts not replaced the previous week.
16   5.   Except as provided herein, Sebastopol Ford is restrained from removing any of the
17   unsold Collateral in such manner as to make it less available to seizure by levying officer and/or
18   impairing the value of the subject Collateral.
19   6.   Sebastopol Ford shall permit Ford Credit and its authorized agents and employees to
20   enter upon Sebastopol Ford's Dealership sales lot at 6791 Sebastopol Avenue, Sebastopol,
21   California 95472 during business operating hours. A Ford Credit representative on the premises
22   during the hours of operation shall be authorized to hold possession of keys to all vehicles, to be
23   present while all mail and other package deliveries are opened and to review the cash receipts
24   journals on a daily basis without unreasonable delay. Ford Credit is authorized to conduct audits
25   and inspections of the Collateral and Sebastopol Ford's books and records. Sebastopol Ford shall
26   deliver copies of all bank statements to Ford Credit within one hour of receipt by Sebastopol Ford of
27   such statements each day.
28

7. The value of Sebastopol Ford's assets is approximately $1,624,156.67 which is less than the principal amounts of the contractual obligations totaling $2,094,157.67 it owes to Ford Credit by $470,001.00. Ford Credit shall provide an undertaking in the amount of $1.2 million. The findings in this paragraph 7, in particular, and the finding in this order, generally, are subject to review and reconsideration at the time of the hearing set for the writ of possession and injunctive relief.

8. In the event that Sebastopol Ford violates any term or terms of this Temporary Restraining Order, Ford Credit may file an application to enforce the Temporary Restraining Order on two days notice. The Court may review such application prior to the date of the hearing on the writ of possession and injunctive relief and the Court may enter an order to enforce the terms of this Temporary Restraining Order as reasonably necessary, including, but not limited to, issuing an immediate order for writ of possession or turn-over of funds or imposition of sanctions.

9. This order shall issue April 19, 2007, at 12:00 p.m.

10. This Order shall remain in effect until modified by further order of this Court, or modified by written agreement signed by plaintiff Ford Credit and defendants Sebastopol Ford filed with and approved by order of this Court.

Dated: April 19, 2007

JEFFREY S. WHITE
United States District Judge