# EXHIBIT A

| SOLD AND NOT PAID UNITS | | | | | | | |
|---|---|---|---|---|---|---|---|
| VIN | Make | Mode | Year | | Type | | |
| 1FAHP37N47W150160 | FORD | FOCUS | 2007 | | NEW | $2,501.15 | |
| 1FTSW21Y38EA34889 | FORD | F-250 | 2008 | | NEW | $39,393.77 | |
| 1FTYR44U47PA72205 | FORD | RANGER | 2007 | | NEW | $19,889.10 | |
| 1FAHP34N27W226947 | FORD | FOCUS | 2007 | | NEW | $0.00 | |
| 1FTPW12547KC01605 | FORD | F-150 | 2007 | | NEW | $30,235.80 | |
| 1FTSW21P16ED33060 | FORD | F-250 | 2006 | | NEW | $695.88 | |
| 3FAHP08167R165577 | FORD | FUSION | 2007 | | NEW | $0.00 | |
| 1FTPW14566KD08215 | FORD | F-150 | 2006 | | NEW | $33,422.25 | |
| 1FTSX21PX6EA40383 | FORD | F-250 | 2006 | | NEW | $40,148.95 | |
| 2FMZA52217BA04806 | FORD | FREESTA | 2007 | | PGM | $15,694.00 | |
| 1FMYU93146KC72334 | FORD | ESCAPE | 2006 | | PGM | $17,111.00 | |
| 5LMFU28576LJ18914 | LINCOLN | NAVIGATO | 2006 | | PGM | $33,413.00 | |
| 2FMZA52237BA02832 | FORD | FREESTA | 2007 | | PGM | $15,491.00 | |
| 1FTRX14W36NA20200 | FORD | F-150 | 2006 | | USED | $15,680.00 | |
| 2CNBJ734626932092 | GEO | TRACKER | 2002 | | USED | $5,160.00 | |
| 1FMZU73E52ZA28804 | FORD | EXPLORE | 2002 | | USED | $7,260.00 | |
| 2C4GP44361R418950 | CHRYSLE | TOWN AN | 2001 | | USED | $7,040.00 | |
| 3C8FY68B42T310832 | CHRYSLE | PT CRUIS | 2002 | | USED | $5,900.00 | | LOSS |
| | | | | | | $289,035.90 | $289,035.90 |
| | | | | | | | |
| NEW INVENTORY NOT SOLD | | | | Flooring | | Value | |
| 1FMCU03Z68KA18431 | FORD | ESCAPE | 2008 | $21,578.52 | | $21,578.52 | |
| 1FTSW21P37EA35840 | FORD | F-250 | 2007 | $44,448.63 | | $44,448.63 | |
| 1FTSW21P27EA80560 | FORD | F-250 | 2007 | $41,217.64 | | $41,217.64 | |
| 1FTSW20P47EA21933 | FORD | F-250 | 2007 | $37,876.58 | | $37,876.58 | |
| 1FTSX21P57EA71123 | FORD | F-250 | 2007 | $36,537.54 | | $36,537.54 | |
| 1FMFK15517LA15027 | FORD | EXPEDITI | 2007 | $33,027.85 | | $33,027.85 | |
| 2FMDK39C27BA59663 | FORD | EDGE | 2007 | $33,022.03 | | $33,022.03 | |
| 1FTRX14W87NA10019 | FORD | F-150 | 2007 | $31,253.50 | | $31,253.50 | |
| 1FTVX14527NA29395 | FORD | F-150 | 2007 | $31,091.40 | | $31,091.40 | |
| 1FTPX14527KB11377 | FORD | F-150 | 2007 | $29,621.15 | | $29,621.15 | |
| 1ZVFT82H275207082 | FORD | MUSTANG | 2007 | $26,893.23 | | $26,893.23 | |
| 1FMCU49HX7KB18794 | FORD | ESCAPE H | 2007 | $25,798.35 | | $25,798.35 | |
| 1ZVFT82H875270025 | FORD | MUSTANG | 2007 | $25,402.75 | | $25,402.75 | |
| 1FTRX12W47KA70237 | FORD | F-150 | 2007 | $24,429.15 | | $24,429.15 | |
| 1FMEU31K97UA16689 | FORD | EXPLORE | 2007 | $24,090.60 | | $24,090.60 | |
| 1FMYU03137KA65494 | FORD | ESCAPE | 2007 | $23,539.35 | | $23,539.35 | |
| 1ZVFT80N175209754 | FORD | MUSTANG | 2007 | $21,727.23 | | $21,727.23 | |
| 3FAHP07107R131359 | FORD | FUSION | 2007 | $21,169.15 | | $21,169.15 | |
| 1FMYU02Z37KA36195 | FORD | ESCAPE | 2007 | $19,764.02 | | $19,764.02 | |
| 1FMYU02Z77KA30058 | FORD | ESCAPE | 2007 | $19,702.02 | | $19,702.02 | |
| 3FAHP07Z47R131208 | FORD | FUSION | 2007 | $18,573.15 | | $18,573.15 | |
| 3FAHP06Z37R131265 | FORD | FUSION | 2007 | $17,972.15 | | $17,972.15 | |
| 3FAHP06Z87R114817 | FORD | FUSION | 2007 | $17,972.15 | | $17,972.15 | |
| 1FTYR10D37PA44416 | FORD | RANGER | 2007 | $16,992.15 | | $16,992.15 | |
| 1FAHP37N97W150073 | FORD | FOCUS | 2007 | $16,818.35 | | $16,818.35 | |
| 1FAHP34N37W164801 | FORD | FOCUS | 2007 | $16,498.35 | | $16,498.35 | |
| 1FAFP31N37W115058 | FORD | FOCUS | 2007 | $15,442.02 | | $15,442.02 | |
| 1FAFP34N47W174678 | FORD | FOCUS | 2007 | $13,845.35 | | $13,845.35 | |
| 1FTSX21P66EB45065 | FORD | F-250 | 2006 | $39,804.95 | | $39,804.95 | |
| 1FTSX21P56EB47843 | FORD | F-250 | 2006 | $38,258.95 | | $38,258.95 | |
| 1FMEU74846UA76546 | FORD | EXPLORE | 2006 | $36,439.25 | | $36,439.25 | |
| 1FMPU15566LA21323 | FORD | EXPEDITI | 2006 | $31,947.01 | | $31,947.01 | |
| 1FMEU73E56UA30795 | FORD | EXPLORE | 2006 | $30,945.55 | | $30,945.55 | |
| 1FMCU94166KA12493 | FORD | ESCAPE | 2006 | $28,157.41 | | $28,157.41 | |
| 1FTPX12536NA83167 | FORD | F-150 | 2006 | $27,815.65 | | $27,815.65 | |
| 1FTRX12W96KB68792 | FORD | F-150 | 2006 | $27,422.65 | | $27,422.65 | |
| 1FTRX12W66NA50228 | FORD | F-150 | 2006 | $24,638.65 | | $24,638.65 | |
| 1FMYU03176KC25813 | FORD | ESCAPE | 2006 | $23,486.02 | | $23,486.02 | |
| 1FTZR45E96PA32566 | FORD | RANGER | 2006 | $23,259.00 | | $23,259.00 | |

EXHIBIT A

| VIN | Make | Model | Year | Flooring | Value | | |
|---|---|---|---|---|---|---|---|
| 3FAFP08156R125917 | FORD | FUSION | 2006 | $22,799.65 | $22,799.65 | | |
| 1FTYR44E16PA50508 | FORD | RANGER | 2006 | $22,171.65 | $22,171.65 | | |
| 1FMYU92Z76KA35067 | FORD | ESCAPE | 2006 | $21,462.02 | $21,462.02 | | |
| 3FAFP08136R147835 | FORD | FUSION | 2006 | $17,921.00 | $17,921.00 | | |
| 1FAFP53U46A125769 | FORD | TAURUS | 2006 | $9,715.00 | $9,715.00 | | |
| | | | | $1,132,548.77 | $1,132,548.77 | | |
| **NEW DEMONSTRATORS** | | | | Flooring | Value | | |
| 1FMZK06157GA02910 | FORD | FREESTYL | 2007 | $20,554.00 | $20,554.00 | | |
| 1FAFP56U17A107629 | FORD | TAURUS | 2007 | $12,555.00 | $12,555.00 | | |
| 1FMEU73E26UB64096 | FORD | EXPLORE | 2006 | $19,541.00 | $19,541.00 | | |
| 1ZVFT84N065166355 | FORD | MUSTANG | 2006 | $16,706.00 | $16,706.00 | | |
| | | | | $69,356.00 | $69,356.00 | | |
| **PROGRAM CARS IN INVENTORY** | | | | Flooring | Value (70% of Flooring) | | |
| 1FMPU16576LA76409 | FORD | EXPEDITI | 2006 | $22,882.00 | $16,017.40 | | |
| YV1SW640752517838 | VOLVO | V70 | 2005 | $20,365.00 | $14,255.50 | | |
| 1FMDK06175GA05265 | FORD | FREESTYL | 2005 | $18,445.00 | $12,911.50 | | |
| 1FMEU73E86UB35489 | FORD | EXPLORE | 2006 | $18,427.00 | $12,898.90 | | |
| 1FMEU73E06UB45465 | FORD | EXPLORE | 2006 | $18,427.00 | $12,898.90 | | |
| 1FMEU73E26UB34970 | FORD | EXPLORE | 2006 | $18,326.00 | $12,828.20 | | |
| 1FMEU73E36UB45038 | FORD | EXPLORE | 2006 | $18,225.00 | $12,757.50 | | |
| 1FMYU93126KC24752 | FORD | ESCAPE | 2006 | $17,617.00 | $12,331.90 | | |
| 1FTPX12596KC75856 | FORD | F-150 | 2006 | $17,516.00 | $12,261.20 | | |
| 1FMYU93166KC24656 | FORD | ESCAPE | 2006 | $17,212.00 | $12,048.40 | | |
| 1FTZR45E37PA19832 | FORD | RANGER | 2007 | $17,145.00 | $12,001.50 | | |
| 1ZVFT84N865217875 | FORD | MUSTANG | 2006 | $16,706.00 | $11,694.20 | | |
| 1FAHP24176G164445 | FORD | FIVE HUN | 2006 | $16,200.00 | $11,340.00 | | |
| 1ZVFT84N165217880 | FORD | MUSTANG | 2006 | $16,200.00 | $11,340.00 | | |
| 2FMZA52227BA02756 | FORD | FREESTA | 2007 | $15,694.00 | $10,985.80 | | |
| 2FMZA52267BA05157 | FORD | FREESTA | 2007 | $15,694.00 | $10,985.80 | | |
| 2FMZA52207BA02934 | FORD | FREESTA | 2007 | $15,390.00 | $10,773.00 | | |
| 1FMZK01176GA57297 | FORD | FREESTYL | 2006 | $15,390.00 | $10,773.00 | | |
| 1FTZR45E75PA11326 | FORD | RANGER | 2005 | $15,110.00 | $10,577.00 | | |
| 2FMZA522X6BA43277 | FORD | FREESTA | 2006 | $14,681.00 | $10,276.70 | | |
| 2MEFM75W06X636088 | MERCURY | GRAND M | 2006 | $13,871.00 | $9,709.70 | | |
| 2MEFM75W76X654376 | MERCURY | GRAND M | 2006 | $13,668.00 | $9,567.60 | | |
| 2FMZA57645BA78987 | FORD | FREESTA | 2005 | $13,466.00 | $9,426.20 | | |
| 1FTZR15EX4PB48564 | FORD | RANGER | 2004 | $13,395.00 | $9,376.50 | | |
| 1FAFP56U97A106146 | FORD | TAURUS | 2007 | $12,656.00 | $8,859.20 | | |
| 1FAFP56UX7A115048 | FORD | TAURUS | 2007 | $12,555.00 | $8,788.50 | | |
| 1FAFP56U77A106033 | FORD | TAURUS | 2007 | $12,555.00 | $8,788.50 | | |
| 1FAFP56U77A107702 | FORD | TAURUS | 2007 | $12,555.00 | $8,788.50 | | |
| 1FAFP53U27A117753 | FORD | TAURUS | 2007 | $11,441.00 | $8,008.70 | | |
| 1FAFP34N37W103309 | FORD | FOCUS | 2007 | $11,340.00 | $7,938.00 | | |
| 1FAFP56U16A250143 | FORD | TAURUS | 2006 | $11,138.00 | $7,796.60 | | |
| 1FTRX18W43NB94895 | FORD | F-150 | 2003 | $10,925.00 | $7,647.50 | EST LOSS | |
| | | | 32 | $495,217.00 | $346,651.90 | $ | 148,565.10 |
| **USED Vehicles** | | | | Flooring | Value (70% of Flooring) | | |
| 1FTNW21P34ED53840 | FORD | F-250 | 2004 | $13,240.00 | $9,268.00 | | |
| 1B3ES66S15D183003 | DODGE | NEON | 2005 | $12,280.00 | $8,596.00 | | |
| 1FTNW20S23EB76749 | FORD | F-250 | 2003 | $11,720.00 | $8,204.00 | | |
| 1D4HB48NX4F218019 | DODGE M | DURANGO | 2004 | $10,640.00 | $7,448.00 | | |
| 2FMZA57605BA92532 | FORD | FREESTA | 2005 | $9,920.00 | $6,944.00 | | |
| 1FMDU74K94UA99597 | FORD | EXPLORE | 2004 | $9,920.00 | $6,944.00 | | |
| 1FMZU75W64UC04782 | FORD | EXPLORE | 2004 | $9,920.00 | $6,944.00 | | |
| 1FTNF21P64ED95242 | FORD | F-250 | 2004 | $9,520.00 | $6,664.00 | | |
| 2FMZA57644BB04793 | FORD | FREESTA | 2004 | $8,400.00 | $5,880.00 | | |
| 4A3AC84H71E013310 | MITSUBIS | ECLIPSE | 2001 | $6,420.00 | $4,494.00 | | |
| 1FMYU01B11KB61630 | FORD | ESCAPE | 2001 | $6,020.00 | $4,214.00 | EST LOSS | |
| | | | | $108,000.00 | $75,600.00 | $ | 32,400.00 |
| | | | | | | EST LOSS | |
| **Grand Total** | | | | $2,094,157.67 | $1,624,156.67 | | $470,001.00 |

EXHIBIT___A___