~~ATTACHMENT A~~

DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DAVID E. PINCH (State Bar No. 124851)
Email: dep@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Plaintiff Ford Motor Credit Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, a Delaware Corporation, | No. C 07-01783 JSW |
| Plaintiff, | |
| vs. | **ORDER FOR WRIT OF POSSESSION; AND TURNOVER ORDER** |
| SEBASTOPOL FORD, INC., a California corporation, | |
| Defendant. | |

The Application of Ford Motor Credit Company, a Delaware corporation ("Ford Credit") for the issuance of an order for writ of possession and for injunctive relief against Sebastopol Ford, Inc., a California corporation, ("Sebastopol Ford") came on by hearing on shortened time before the Honorable Edward M. Chen, Magistrate, United States District Court for the Northern District of California for the purpose of making a review and recommendation to the Honorable Jeffrey S. White, United States District Court Judge.

10872/0119/620808.1

ORDER FOR WRIT OF POSSESSION
*Ford Credit v. Sebastopol Ford*

1  Sebastopol Ford, Inc. has not filed opposition to the application and it is unopposed.

2  The Court adopts the recommendation of Magistrate Edward M. Chen and, having reviewed the application of Ford Credit for writ of possession and injunctive relief, the supporting declarations and memorandum of points and authorities, the complaint on file in this action, and any opposition filed to the application, finds that Ford Credit has established that it is entitled to the issuance of a Writ of Possession and has established the probable validity of its claim to possession of the vehicles identified on the attached Exhibit "A", the other personal property described in the attached Exhibit "B," and the proceeds from the sale of any such vehicle or other personal property (collectively the "Collateral"), and

GOOD CAUSE APPEARING, THEREFOR,

IT IS HEREBY ORDERED that:

1. Defendant Sebastopol Ford has received timely and proper notice of this hearing on Plaintiff Ford Credit's Application for Writ of Possession and Injunctive Relief under the Court's Local Rules.

2. Ford Credit has established the probable validity of its security interest in, and claim to possession of, the vehicles identified on the attached Exhibit "A" and all of Sebastopol Ford's furniture, fixtures, machinery, supplies and other equipment, all motor vehicles, tractors, trailers, implements, service parts and accessories and other inventory of every kind, all accounts, contract rights, chattel paper and general intangibles as described in the attached Exhibit "B", and that Defendant Sebastopol Ford is in default on its loan obligations owing to Ford Credit as set forth in the moving papers.

3. Ford Credit has established probable cause that the Collateral is located at Sebastopol Ford's place of business at 6791 Sebastopol Avenue, Sebastopol, California 95472 (the "Dealership").

4. The Clerk of this Court shall issue a writ of possession as provided in California Code of Civil Procedure section 512.010, made applicable by Federal Rule of Civil Procedure 64.

10872/0119/620808.1     - 2 -     ORDER FOR WRIT OF POSSESSION
*Ford Credit v. Sebastopol Ford Inc*

5. The levying officer may enter the following private places at any reasonable time or times, using any necessary reasonable force as authorized by California Code of Civil Procedure § 514.010(c), whether the premises are occupied or unoccupied, to take possession of the Collateral or some part thereof: 6791 Sebastopol Avenue, Sebastopol, California 95472.

6. The levying officer is authorized to remain on Sebastopol Ford's business premises at all times until all the Collateral is removed from the Dealership. The levying officer within whose jurisdiction the Collateral, or some part thereof, is located, is authorized to execute the Writ of Possession and levy on the Collateral in either of the following manners as directed by Ford Credit:

    a. The levying officer may seize the Collateral and retain custody of it in the manner provided by California Code of Civil Procedure sections 514.010 - 514.050; or

    b. The levying officer within whose jurisdiction the Collateral, or some part thereof, is located may maintain the peace and supervise the seizure while Ford Credit, its agents and employees take and maintain possession of the Collateral in the manner provided by California Code of Civil Procedure sections 514.010 - 514.050.

7. Upon delivery of the Collateral to Ford Credit, the United States Marshal Service shall be held harmless as to the transport, storage, and maintenance of the Collateral.

8. The Plaintiff, Ford Motor Credit Company, or their attorneys, or persons under their supervision shall accompany the United States Marshal during the service and execution of the Court's Writ of Execution with respect to all personal property including the vehicles listed in the attached Exhibit "A" which is located at 6791 Sebastopol Ave., Sebastopol, California 95472.

9. Brasher's Sacramento Auto Auction, and/or its authorized agents and assigns, is authorized to act as substitute custodian ("Substitute Custodian") of any and all items of personal property that is located and seized within the State of California pursuant to this Order, and as Substitute Custodian it shall hold harmless the United States Marshals Service from liability arising from any acts, incidents, or occurrences in connection with the seizure and possession of

the personal property located at the Collateral arising in the ordinary, authorized scope of the duties of the United States Marshal (which acts do not include acts arising from negligent or intentional tortious conduct), including any third-party claims, and the United States Marshal shall be discharged of his or her duties and responsibilities for safekeeping of the seized goods. Brasher's Sacramento Auto Auction is located at 6233 Blacktop Road, Rio Linda, CA 95673. The United States Marshall shall request proof of insurance from the Substitute Custodian before surrendering the Collateral to the Substitute Custodian.

10. Ford Credit is to store the Collateral in a reasonable manner and either Ford Credit or the storage facility shall carry sufficient insurance to protect the Collateral from loss prior to its sale or disposition. Consistent with California Code of Civil Procedure § 514.030, within ten days after levy of the writ of possession, Ford Credit shall be permitted to dispose of the Collateral in the manner provided under the California Uniform Commercial Code, assuming, *e.g.*, the levying officer does not receive notice of the filing of an undertaking for redelivery.

11. Ford Credit has established that it has a security interest in all accounts of Sebastopol Ford. See Polley Decl., Ex. B (Security Agreement). Ford Credit is authorized under this Order and the Writ of Possession to take possession of all Collateral in the deposit accounts of Sebastopol Ford wherever located. Ford Credit is authorized to have the United States Marshal serve a financial institution levy upon any financial institution with possession of Collateral for turnover of the Collateral in the Accounts to Ford Credit through the United States Marshal in the manner provided under California Code of Civil Procedure section 704.080. Sebastopol Ford shall not issue checks, drafts or other form of withdrawals from the Accounts from the date of the issuance of this Order except to make payment to Ford Credit.

12. Sebastopol Ford shall deliver and turn over the Collateral to Ford Credit as provided by California Code of Civil Procedure section 512.070. Ford Credit will then hold the Collateral for not less than 10 days in order to allow Sebastopol Ford an opportunity to obtain redelivery of the Collateral pursuant to Cal. Code of Civ. Proc. §514.030.

10872/0119/620808.1 - 4 - ORDER FOR WRIT OF POSSESSION
*Ford Credit v. Sebastopol Ford Inc*

13. Ford Credit is authorized to use a single USM-285 form which will refer to a list including all motor vehicles comprising the Collateral and identifying each motor vehicle specifically by make, model, year, and vehicle identification number.  The levying officer is directed to accept such form in full compliance with its procedures requiring the use of form USM-285.

14. The writ of possession shall issue forthwith.  The Court waives any filing or posting of an undertaking or bond by Ford Credit as the Court is permitted and authorized to do under California Code of Civil Procedure section 515.010(b). The Court finds, for the purposes of this Order, that the value of Sebastopol Ford's assets is approximately $1,624,156.67 which is less than the principal amounts of the contractual obligations totaling $2,094,157.67 it owes to Ford Credit by $470,001.00.  Under California Code of Civil Procedure §515.010(b), Ford Credit is not required to file an undertaking.

15. The written undertaking required by Sebastopol Ford for redelivery or to stay delivery shall be in the amount of $2,094,157.67.

16. The Clerk of this Court shall attach a copy of this Order to the writ of possession. "At the time of the levy, the levying officer shall deliver to the person in possession of the property a copy of the writ of possession," along with a copy of this Order.  Cal. Code Civ. Proc. § 514.020(a).  Per California Code of Civil Procedure § 512.080(e), Sebastopol Ford is hereby informed "of the right to object to the plaintiff's undertaking [none here] . . . or to obtain redelivery of the property by filing an undertaking as prescribed by Section 515.020." *Id.* § 512.080(e).

17. Ford Credit's representatives shall, if the levying officer so requests, accompany the levying officer to the business premises described above, to review and examine Sebastopol Ford's books and records relating to the vehicles and parts constituting the Collateral in order to determine the status, location and time and date of return of any Collateral.  Ford Credit's representative is authorized to remain at the Sebastopol Ford Dealership at all times until all the Collateral is removed from the Dealership.

18(a). The United States Marshal while accomplishing such seizure shall employ whatever reasonable force that is necessary to break open and enter the Subject Property, regardless of whether said premises and/or location is locked or unlocked or occupied or unoccupied, and to inspect the contents of any parking lot, garage, room, vehicle, container or desk or document.

18(b). Under California Code of Civil Procedure § 514.040, the levying officer must return the writ to the court within 30 days after the levy, but in no event more than 60 days after the writ is issued – *i.e.*, the levy must be completed within 60 days after the writ is issued. *See* Cal. Code Civ. Proc. § 514.040. To levy on the property after the 60-day period, Ford Credit must deliver another writ to the levying officer. *See* Rutter Group, Cal. Prac. Guide: Enforcing Judgments & Debts § 4:786.

IT IS FURTHER ORDERED THAT:

19. Sebastopol Ford, its agents, employees, and all persons acting for it or on its behalf, are hereby immediately restrained and enjoined from transferring any interest in the Collateral by lease, sale, pledge, gift, or grant of security interest or otherwise disposing of, encumbering, secreting or transferring possession of the Collateral, in any manner which would prevent, hinder, or delay the levying officer from taking possession of the Collateral.

20. Defendant Sebastopol Ford, its agents, employees and anyone acting on its behalf, are enjoined and restrained from transferring any interest by sale, pledge, gift or grant of security interest or otherwise disposing of, or encumbering the Collateral identified on the attached Exhibits "A" and "B".

21. In the event that Sebastopol Ford ceases to conduct business, Ford Credit is authorized to have all mail to be delivered to Sebastopol Ford redirected to a post office box that Ford Credit will maintain for the purpose of receiving Sebastopol Ford's mail. Ford Credit will be authorized to open the mail to Sebastopol Ford and to take possession of all money paid to Sebastopol Ford and to endorse all checks, money orders, and other forms of payment to Ford Credit and to apply the funds to the contract balances owing by Sebastopol Ford to Ford Credit.

Sebastopol Ford, its officers, or its appointed employees are agents are permitted to be present when Ford Credit opens any such redirected mail. All other mail shall not be read and shall be forwarded to Sebastopol Ford or its representatives. The parties shall cooperate in scheduling a reasonable time for the opening of the redirected mail.

22. This order shall issue __May 29__, 2007, at 9:00 a.m.

23. This Order shall remain in effect until modified by further order of this Court or modified by written agreement signed by plaintiff Ford Credit and defendants Sebastopol Ford filed with and approved by order of this Court.

DATED: __May 25, 2007__.

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE