DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DAVID E. PINCH (State Bar No. 124851)
Email: dep@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Plaintiff Ford Motor Credit Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SEBASTOPOL FORD, INC., a California corporation,<br><br>Defendants. | No.   C 07-01783 JSW<br><br>CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER THEREON RESETTING CASE MANAGEMENT CONFERENCE<br><br>Date: July 6, 2007<br>Time: 1:30 p.m.<br>Courtroom: 2<br><br>Complaint filed:  March 29, 2007<br>Judge:   Jeffrey S. White |

Plaintiff, Ford Motor Credit Company, filed the above-captioned proceeding on March 29, 2007. The Summons and Complaint were personally served on Sebastopol Ford, Inc. by serving Ed Mulnick/General Manager at Sebastopol Ford, Inc. 6791 Sebastopol Avenue, Sebastopol, California 95472.

On May 10, 2007, this Court entered the default of Sebastopol Ford, Inc.

Ford Credit has recovered and is disposing of its collateral from the dealership. This process will continue until August 2007. Ford Credit expects to recover money from Ford Motor Company for rebates and warranty work owed to the dealership, but those figures will not be finalized until early August 2007.

Once the deficiency is finalized, Ford Credit will apply for a money judgment for the balance owed.

Ford Credit suggests that this Case Management Conference be continued to mid-September 2007, by which time Ford Credit should have applied for its default judgment.

DATED: June 29, 2007

          SEVERSON & WERSON
          A Professional Corporation

          By: /s/ David E. Pinch
              DAVID E. PINCH

          Attorneys for Plaintiff
          FORD MOTOR CREDIT COMPANY



The Case Management Conference is RESET to September 14, 2007 at 1:30 p.m.

Dated: July 2, 2007

---